
| **Work Order#** | **843620315** | **Activity: WVON** | **REPLACE VALVE OPERATING NUT** | |
|---|---|---|---|---|

Address:     W 30 ST           Pct: 014        Zip: 10001

Cross Street:     7 AVE

Compass Direction:                   **Borough: MANHATTAN**

Building ID:     0           Block:        Lot:        CMBD: 105

Water Valve ID:     V103330

Qualifier:                          Map# H27

Area:     1          Sub-Area: 105 MANHATTAN COMMUNITY BOARD 5

Location :           District: 843620315

Initiated By:     2333     DELLECAVE, ERIC     Initiated: 05-03-2017 07:36 AM     **Scheduled: N/A**

Assigned To:                         **Service# N/A**     Due: N/A

Authorization:

Crew:     W3     WATER - 3 LABORERS

Maint Type:

Priority:

Problem:                                    **Permit#**

Project:                                    Completed: 05-03-2017 10:00 PM

Source:                                   Out of Service: N

Result:                                   Potential Service Request: N

WO Responsibility:     WRM     MANHATTAN REPAIRS

WO Comments:     N0RTH OF NORTH CURB LNE ON W 30 ST E/O/W CURB LNE OF 7TH AVE12" M/L/G OP NUT NEEDS TO BE CHANGED. M/L/G IS DEEP AND WATER MAINTENANCE UNABLE TO CHANGE. OPERATING NUT CURRENTLY IN DOWN POSITION

## Work Order Log History

| Log Type | Log Started | Log Ended | Log By | Comments |
|---|---|---|---|---|
| INITIAL | 05-03-2017 | 05-03-2017 | 12074- POPOVIC, ADMIR | SWUPERVISOR, POPVIC, CREW, MERCADO, BERILLIO, AND AGIULAR, SET UP SAFETY ZONE, EXCAVATED ARUND M/L/G, REMOVED O-NUT, PUT NEW 0-NUT ON VALVE, OPENED 12" GATE, ALSO PACKED 12" GATE DUE TO PACKING LEAK, RESET M/L/G TO GRADE, B/F, B/T TAMPERED TO GRADE..  Input By: CATHERINE N BROWN on 5/8/2017 1:02:42 PM |

There are no user logs for this work order

Activity Safety Messages:     There are no Safety Messages for this asset's Activity Code

Asset Safety Messages:     There are no Safety Messages for this asset          NYC0330