

**MICHAEL KRAVITZ, P.E. CONSULTING ENGINEER**
484 West 43rd Street, Suite 32S, New York, NY 10036 Tel: 917.885.9000 Cell/Office

P.O. Box 1179, Margaretville, NY 12455 Tel: 917.885.9000

*Engineering Applied To Jurisprudence*

---

Website: http://michaelkravitzpe.com          Cell: 917.885.9000          *Email: mckravitz@gmail.com*

---

TRIP AND FALL IN DEFECTIVE ROADWAY SURFACE

Pedestrian North Crosswalk

7th Avenue and West 30th Street

Manhattan, New York


Date of Accident: February 5, 2019


Gregory Webster and Lisa Webster, Plaintiffs

Vs.

The City of New York, Defendant


| | |
|---|---|
| Report Date: | October 1, 2020 |
| Docket No.: | 1:19-cv-05638 |
| Report Writer: | Michael Kravitz, P.E. |
| | Consulting Engineer |
| | 484 West 43rd Street |
| | Suite 32S |
| | New York, NY 10036 |
| | 917.885.9000 |
| | Email: mckravitz@gmail.com |

(Gregory Webster) v NYC                                D/A: 02/05/2019
Christopher Fraser, Esq.                        The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer                   File No: J1869
                                          Docket No. 1:19-cv-05638

---

**GENERAL CASE INFORMATION**

SUBJECT:                    TRIP AND FALL CAUSED BY

                           DEFECTIVE ROADWAY SURFACE

                           Pedestrian North Crosswalk

                           7th Avenue and West 30th Street

                           Manhattan, New York


SUBMITTED FOR:              Mr. Gregory Webster

                           Plaintiff


DATE OF ACCIDENT:           February 5, 2019


REQUESTED BY:               Christopher Fraser, Esq.

                           The Dweck Law Firm, LLP

                           10 Rockefeller Plaza

                           New York, New York 10020

REPORT NO.:                 J1869

Docket No.                  1:19-cv-05638

DATE:                       October 1, 2020

ENGINEER:                   Michael Kravitz, PE, DFE.

                           Consulting Engineer

(Gregory Webster) v NYC                    D/A: 02/05/2019
Christopher Fraser, Esq.               The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer          File No: J1869
                                    Docket No. 1:19-cv-05638

---

**INTRODUCTION AND INFORMATION USED**

At the request of Mr. Christopher Fraser, Esq., attorney at The Dweck Law Firm, for the Plaintiffs Gregory Webster and Lisa Webster, the writer:

A.   Reviewed color photographs of the defective condition in the north pedestrian crosswalk and street at the intersection of 7th Avenue and West 30th Street, Manhattan, New York. The photographs were supplied by Plaintiffs' Counsel and were attached to the Plaintiffs' October 18, 2019 Rule 26(a)(1) Initial Disclosures as Exhibit 1.

B.   Reviewed the May 3, 2017 DEP Water Valve Work Order #843620315 for the location of West 30th Street and 7th Avenue regarding the excavation and repair of the leaking valve in a 12-inch water main.

C.   Reviewed the DOT Defect Details for Defect No. DM2018341011 reported by Kim Salvo on December 7, 2018 for the subject pothole at the location of 7th Avenue and West 30th Street, and the March 10, 2020 Affidavit of Kim Salvo. Also reviewed DOT Defect Details for Defect Nos. DM2018341012 and DM2019031025.

D.   Reviewed the December 7, 2018 DOT Manhattan Street Maintenance Pothole Sheet ("Gang Sheet") for work performed filling the subject pothole on 7th Avenue and West 30th Street among other locations. The Gang Sheet includes comments as follows:

(Gregory Webster) v NYC                           D/A: 02/05/2019
Christopher Fraser, Esq.                    The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer              File No: J1869
                                          Docket No. 1:19-cv-05638

---

"Hotbox 37HT not functional temp dropped to 125 degrees and would not reach temp. Load had to be dumped due to the cold asphalt. Heavy traffic on route." Two "A" holes and two "B" holes were filled with "cold" asphalt.

E.   Reviewed the Gang Sheet, dated January 31, 2019, for work performed filling potholes on 7th Avenue and West 30th Street among other locations. The Gang Sheet includes comments as follows: "...Extreme cold conditions. Cold patch 2.00 tons."

F.   Reviewed a New York City Water Mapping schematic of cast iron pipe at the intersection of 7th Avenue and West 30th Street.

G.   Reviewed Google Earth Street View images of the north pedestrian crosswalk and street at the intersection of 7th Avenue and West 30th Street, Manhattan, New York.

H.   Reviewed the weather history for Central Park, NY, NY, for December 7, 2018, January 31, 2019 and February 5, 2019.

I.   Reviewed Plaintiffs' Verified Complaint and Plaintiffs' Rule 26(a)(1) Initial Disclosures.

J.   Reviewed the Campbell Foundry catalog for the dimensions of New York City's manhole frames and covers.

K.   Reviewed the New York City Dept. of Transportation Highway Rules, Title 34, Chapter 2, of the Rules of the City of New York.

L.   Reviewed the Administrative Code of the City of New York, Title 19, Transportation.

(Gregory Webster) v NYC                              D/A: 02/05/2019
Christopher Fraser, Esq.                        The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer                   File No: J1869
                                              Docket No. 1:19-cv-05638
_____

M.   Reviewed the New York City Department of Transportation Bureau of Highway Operations, Standard Details of Construction.

N.   Reviewed the New York State Department of Transportation "Standard Specifications" (USC) for Construction and Materials.

O.   Reviewed the January 3, 2020 deposition transcript of Plaintiff Gregory Webster and the photographs marked during the deposition as Exhibits A, B, and C.

P.   Reviewed the February 14, 2020 deposition transcript of New York City DOT witness Omar Codling.

Q.   Reviewed the July 1, 2020 deposition transcript of New York City DEP witness Kevin Harmon.

R.   The writer visited the location of 7th Avenue and West 30th Street, Manhattan, New York, on September 21, 2020, and measured the diameter of the subject manhole cover and casting (frame) and took photographs. The writer has performed a photogrammetry analysis based on the photographs provided of the defective condition of the street and Google Earth images where Plaintiff Gregory Webster had his accident.

**DESCRIPTION OF EVENT LEADING TO ACCIDENT**

Mr. Gregory Webster, on February 5, 2019 at approximately 6:00 PM, while crossing the north pedestrian crosswalk of 7th Avenue in a westerly direction at the intersection with West 30th Street, was caused to trip and fall in an irregular hole/depression

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                    The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer              File No: J1869
                                         Docket No. 1:19-cv-05638
_____

in the surface of the crosswalk. The recorded weather was cloudy at the time of the incident, Civil Twilight was at 5:47 PM, decreasing visibility and increasing the hazard of the defect.

**OBSERVATION AND ANALYSIS**

The following are the writer's observations, analysis and engineering opinion, within a reasonable degree of engineering certainty, as they apply to the facts of this case:

1)    The inspection of the photographs of the roadway on 7th Avenue and West 30th Street, Manhattan, New York, as they existed at the time of the incident show that the street surface surrounding the New York City water supply manhole was in a dangerous and defective condition. The photographs show that there was a prior rectangular excavation that was not permanently restored as required by Section 2-11(e)(12)(x) of the New York City Department of Transportation Highway Rules (the "Highway Rules"). The prior excavation was not permanently restored because the street cuts made to the "wearing course," which is the top layer of pavement, did not have asphalt cement (tack coat) surrounding the perimeter of the rectangle cuts flush with the pavement on all sides and conforming to the NYC DOT Standard Specifications and Standard Detail Drawings, Drawing H-1031, as required by Section 2-11(e)(12)(ii) of the Highway Rules.

_____

(Gregory Webster) v NYC                              D/A: 02/05/2019
Christopher Fraser, Esq.                      The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer                 File No: J1869
                                          Docket No. 1:19-cv-05638
_____

Additionally, the prior excavation was not permanently restored
because the wearing course was not sealed (tack coated) at the
edge of the street cuts with liquid asphaltic cement to prevent
water seepage as required by Section 2-11(e)(12)(viii) of the
Highway Rules. The asphalt that was supposed to surround the
manhole casting (frame) was not in place and created a depression
3-4 inches in depth as depicted in the photograph below.



Figure 1. The solid arrows show the depression where Plaintiff tripped and fell, and is of what
appears to be a temporary restored excavation. There is no asphalt cement (tack coat)
surrounding the perimeter of the excavation or liquid asphaltic seal which would indicate that
the excavation was permanently restored.

(Gregory Webster) v NYC                         D/A: 02/05/2019
Christopher Fraser, Esq.                      The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer               File No: J1869
                                         Docket No. 1:19-cv-05638

_____

2)    The New York City Department of Transportation and
Department of Environmental Protection Work Orders, Gang Sheets
and Pothole Complaints indicate the following:

a.    On May 5, 2017, the DEP performed a water valve repair
in the northern crosswalk at the intersection of 7th Avenue
and West 30th Street, during which the initial rectangular
street cuts were made and excavation performed to the asphalt
surrounding the manhole involved in G. Webster's fall on
February 5, 2019. The Writer has been advised by Plaintiffs'
attorneys that the Defendant has confirmed that the water
valve excavated pursuant to the DEP Work Order is the same
manhole involved in G. Webster's fall.

b.    On December 7, 2018, the DOT attempted to place temporary
fill in the Pothole surrounding said manhole.

c.    On February 5, 2019, Plaintiff G. Webster fell in the
street defect.

3)    The Google Street View photographs show the manhole
cover and casting (frame) at the referenced dates.

_____

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                    The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer               File No: J1869
                                          Docket No. 1:19-cv-05638

---



Figure 2.  The arrow points to said manhole located in the north crosswalk of 7th Avenue and West 30th Street. Note that there is no asphalt cement and seal (tack coat) around the perimeter of the temporarily restored excavation that was performed by the DEP on May 5, 2017. This indicates that the excavation was not permanently restored as required by the Highway Rules. The Google Street View photograph is dated September 2017, approximately four (4) months after the DEP's water valve repair and excavation.

Referring to Figure 2 above, the water valve excavation performed by the DEP on May 5, 2017 was not permanently restored and therefore the temporary restoration of the excavation allowed storm water to penetrate the asphalt and cause failure to the subgrade as well as to deteriorate the asphalt due to freeze/thaw cycles in the winter months. The deteriorated asphalt developed into a deep depression and on December 7, 2018 a DOT Gang Crew was dispatched because of the complaint about the depression made by Kim Salvo, a member of the general public. However, on December 7, 2018 at approximately 10:50 PM when the DOT Crew purportedly

---

(Gregory Webster) v NYC                                    D/A: 02/05/2019
Christopher Fraser, Esq.                               The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer                        File No: J1869
                                                    Docket No. 1:19-cv-05638

_____

arrived at the Pothole, the pavement and atmospheric temperatures
were below the 40 degree minimum temperature recommended for
applying temporary fill greater than three (3) inches deep to the
wearing course. See Section 402-3.01, Temperature and Seasonal
Limitations, of the New York State DOT Standard Specifications.
This is consistent with the December 7, 2018 Gang Sheet which notes
that the Hotbox carrying the temporary fill malfunctioned and could
not get above 125 degrees Fahrenheit, and as a result the cold
asphalt had to be dumped. Based on the cold atmospheric
temperatures, cold asphalt, and malfunctioning Hotbox, the
temporary fill placed by the DOT Crew on December 7, 2018 could
not adhere to the bottom and sides of the depression and therefore
was not secured within the depression. The improper patch to begin
to fail almost immediately and created an immediately dangerous
condition. The immediate failure of the temporary fill on December
7, 2018 was also impacted by vehicles braking and accelerating on
the heavily trafficked roadway, loosening, dispersing and
crumbling the improper patch and causing the deep defect around
the manhole cover and casting as depicted in Figure #1.

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                      The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer               File No: J1869
                                         Docket No. 1:19-cv-05638

_____

    4)   The Writer analyzed the dates of the discovery of the depression and subsequent temporary fill and created the following chart denoting the dates between each as follows:

| Calculation of Days Between Repair of Manhole on 7th Avenue and W. 30th Street | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Repair Date | Days Between Repair | Average Settlement Rate - inch/day | | | | |
| Repair of MH Valve | 05/03/17 | | | | | | |
| Gang pothole closed | 12/07/18 | 583 | 0.01 | Inches/Day | | | |
| Gang pothole closed | 01/31/19 | 55 | 0.07 | Inches/Day | | | |
| | | | | | | | |
| Accident Date | 2/5/2019 | 5 | 0.80 | Inches/Day | 12 13/16 | 12/16th to 13/16 Inches per day | |
| | | | | | | | |
| Maximum Settlement - Inches | 4 | Inches | | | | | |

Figure 3. The chart describes the number of days between the creation of the depression and the incident and gives the amount of average deterioration in inches per day that the defect developed.

    The chart in Figure 3 calculates the average daily rate of the depression in inches from the time that the DEP caused the excavation and failed to perform a permanent restoration to December 7, 2018 when the DOT Gang Crew applied the improper patch to the asphalt surface. The chart also calculates the average rate of depression from December 7, 2018 to the date of G. Webster's fall on February 5, 2019. The significantly increased average daily rate during the sixty (60) days between December 7, 2018 and February 5, 2019 caused a dangerous four inch defect at the time of G. Webster's fall. This indicates that the Gang Crew's improper fill on December 7, 2018 created an immediately dangerous condition to pedestrians and vehicles.

_____

(Gregory Webster) v NYC                                    D/A: 02/05/2019
Christopher Fraser, Esq.                              The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer                        File No: J1869
                                                   Docket No. 1:19-cv-05638
_____

    5) The chart in Figure #4 below depicts the analysis performed by the Writer to determine the depth of said depression using photogrammetry from the photograph in Figure #1. Photogrammetry is the calculation of dimensions in a photograph when other items in the photographs in the same plane are known. In this case, the dimensions of the manhole casting and cover are known based on the personal inspection and measurements taken by the writer on September 21, 2020. Proportions are set up to compare the 40-scale units measured in the photograph to the units that are known in the photograph. The analysis was performed in Excel.

| Using Photogrammetry Analyze the Depth of Depression of NYC DEP Manhole | | | | | | |
|---|---|---|---|---|---|---|
| Use Photograph No. 1 of Location Photos taken soon after the incident | | | | | | |
| Location 7th Avenye and W. 30th Street - North Crosswalk Crossing 7th Avenue | | | | | | |
| | | | | | | |
| Use Campbel Foundry 17th Edition for measurements of MH Casting page 12. | | | | | | |
| Use Light Manhole Frames and Covers, Straight Type Frame Type A Based on Location Photo #1: | | | | | | |
| | | | | | | |
| Design measurements in Inches | | | | | | |
| Cover Seat height | X = | 1 | Inches | | | |
| Frame height | E = | 3 | Inches | | | |
| Cover diameter | C = | 24 | Inches | | | |
| | | | | | | |
| Photogrammetry measurements in Units of 40 Scale | | | | | | |
| Cover Seat height | X = | | | | | |
| Frame height | E = | 6 | Units | | | |
| Cover diameter | C = | 102 | Units | | | |
| Maximum Depth = | | 8 | Units | | | |
| | | | | | | |
| Maximum Depth = | | | 4 | Inches Calculated using Photogrammetry | | |
| Minimum Depth = | | | 3 | Inches Esitmated to bottom of casting | | |

```
(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                     The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer               File No: J1869
                                          Docket No. 1:19-cv-05638
```

---

Figure 4. The chart shows the calculations performed using Excel spread sheet and the dimensions of a Type M1/M3 frame and cover from Campbell Foundry catalog.

The analysis shows that the maximum depth of the depression was approximately 4-inches at the time of Plaintiff G. Webster's fall on February 5, 2019.

6) New York City Highway Rules, Section §2-11, Street openings and excavations, Paragraph §2-11(e)(12)(x), sets forth the requirements for Permittees as follows:

Final (permanent) restorations shall be completed prior to the expiration of the [street opening] permit. During winter months, temporary asphalt and pavement markings shall be placed at the expiration of the permit and maintained until such time as the final restoration may be completed.

Section §2-11(e)(12)(x) of the New York City Highway Rules requires Permittees to permanently restore excavations, or during the winter months when seasonal restraints prevent permanent restoration, temporary restorations must be maintained until a permanent restoration is made. The City of New York did not follow its own regulation and allowed the temporary restoration to remain for a period 583 days as calculated in Figure 3 above. Therefore, the City of New York violated its own requirement by failing to permanently restore the excavation around the manhole. The City

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                      The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer               File No: J1869
                                          Docket No. 1:19-cv-05638

_____

also violated its own requirement to maintain the temporary pothole patch when it was attempted on December 7, 2018 at frigid temperatures with cold asphalt caused by a malfunctioning hotbox, knowing that the insufficient temperature of the cold asphalt and vehicular traffic would cause the patch to immediately fail.

In addition, Section 2-11(e)(12)(ii) of the Highway Rules states that if a permanent restoration settles more than two inches (2") below the surrounding surface during the life of the guarantee period, it is considered a failure of the backfill compaction, and the party who performed the backfill is required to remove all of the backfill and install new, properly compacted backfill. The Guarantee Period is defined by Section 2-11(e)(16)(ii) of the Highway Rules as a three-year period that starts to run from the date that the restoration is completed. Using the May 3, 2017 DEP Work Order as the start date of the guarantee period, the settlement of approximately four (4) inches by February 5, 2019 when G. Webster sustained his injuries is deemed a failure of the backfill compaction required for the wearing course for the first three years after permanent restoration and also violates the City's Highway Rules.

_____

(Gregory Webster) v NYC                    D/A: 02/05/2019
Christopher Fraser, Esq.              The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer        File No: J1869
                                   Docket No. 1:19-cv-05638

_____

7) Good and accepted engineering, construction and maintenance practice was not performed by the City of New York or its agents because they allowed a defect/hole/depression to be created on the roadway surface by not permanently restoring the asphalt wearing course after making the excavation on May 3, 2017 which lead to the improper cold patch on December 7, 2018 and creation of an immediately dangerous condition.

**SUMMARY AND OPINION**

It is the Writer's opinion as a Licensed Professional Engineer, within a reasonable degree of engineering certainty, that the proximate cause of the injuries sustained by Mr. Gregory Webster were the following:

I. The incident photographs show that there was a prior rectangular excavation that was not permanently restored. The prior excavation did not have asphalt cement (tack coat) surrounding the perimeter of the rectangle, a requirement for permanent restoration, nor was the excavation sealed at the edges, which is also a requirement for permanent restoration. The roadway asphalt that was supposed to surround the manhole casting (frame)

_____

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                     The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer              File No: J1869
                                         Docket No. 1:19-cv-05638
_____

was not in place and created a depression between three inches to four inches in depth as depicted in the photograph in Figure #1.

II.  The New York City Department of Transportation and Department of Environmental Protection Work Orders, Gang Sheets and complaints indicate the following:

    a. On May 5, 2017, there was an excavation at said location;

    b. On December 7, 2018, there was an improper attempt to patch the asphalt surrounding said manhole which caused an immediately dangerous four-inch depression; and

    c. On February 5, 2019, Plaintiff fell and was injured because of the defect.

III. Referring to Figure 2 above, the repaired water valve excavation performed on May 5, 2017 was not permanently restored and therefore the temporary restoration of the excavation allowed storm water to penetrate the asphalt and cause failure to the subgrade as well as to deteriorate the asphalt due to freeze/thaw cycles in the winter months.

IV.  The deteriorated asphalt developed into a pothole and on December 7, 2018, a Gang Crew was dispatched to address the defect. However, the temperatures were recorded below the temperature

_____

(Gregory Webster) v NYC                      D/A: 02/05/2019
Christopher Fraser, Esq.                 The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer           File No: J1869
                                        Docket No. 1:19-cv-05638

_____

necessary to place temporary fill and the asphalt in the hot box could not get above 125 degrees Fahrenheit.

V.    Due to the frigid temperatures and malfunctioning hotbox, the temporary asphalt could not adhere to the bottom and sides of the deep depression and therefore was not secured within the depression and immediately failed. Vehicles braking and accelerating over the temporary patch contributed to the immediate failure and caused the four-inch depression in the pedestrian crosswalk around said manhole cover and casting.

VI.  The chart in Figure #3 calculates the average rate of depression in inches per day. From the time that the Gang Crew placed temporary fill on December 7, 2018 to February 5, 2019 when G. Webster sustained his fall, the depth of the depression grew to approximately 4 inches, confirming that the Gang Crew caused the immediately dangerous condition to pedestrians and vehicles.

VII. The chart in Figure #4 depicts the analysis performed by the Writer to determine the depth of said depression using photogrammetry from the photograph in Figure #1. Photogrammetry is the calculation of dimensions in a photograph when other items in the photographs in the same plane are known. In this case the dimensions of the manhole casting and cover are known. The analysis

(Gregory Webster) v NYC                          D/A: 02/05/2019
Christopher Fraser, Esq.                     The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer              File No: J1869
                                          Docket No. 1:19-cv-05638

_____

shows that the maximum depth of the depression was approximately

four inches at the time of Plaintiff's fall.

    VIII.    Section §2-11(e)(12)(x) of the New York City

Highway Rules requires Permittees to permanently restore

excavation or during the winter maintain the excavation until a

permanent restoration is made. The City of New York did not follow

its own regulations and allowed the temporary restoration to remain

for a period 583 days as calculated in Figure #3 above. The City

of New York violated its own requirements by failing to maintain

the temporary pothole patch, and caused an immediately dangerous

condition by filing the pothole with cold asphalt from a

malfunctioning hotbox at frigid temperatures creating a four-inch

depression.

    IX. Good and accepted engineering, construction and

maintenance practice was not performed by the City of New York or

its agents because they allowed an excavation/hole/depression to

be created on the roadway surface by not permanently restoring the

asphalt wearing course after making the water valve repair on May

3, 2017. The fill placed in the pothole on December 7, 2018

constituted an affirmative act of negligence resulting in an

immediately dangerous condition because the malfunctioning hotbox

_____

(Gregory Webster) v NYC                        D/A: 02/05/2019
Christopher Fraser, Esq.                   The Dweck Law Firm
Michael Kravitz, PE, DFE, Engineer            File No: J1869
                                          Docket No. 1:19-cv-05638
_____

and cold temperature of the asphalt caused the temporary fill to

immediately fail and resulted in the four-inch depression that

caused G. Webster to fall and sustain injuries on February 5, 2019.


Respectfully submitted,


Michael Kravitz, P.E.



TYPICAL PAVEMENT KEY

NOT TO SCALE

LIMITS OF ASPHALT OVERLAY

CURB

EXISTING ASPHALTIC WEARING COURSE

REMOVE ALL MATERIAL WITHIN KEY AND DISPOSE OF AWAY FROM SITE AS DIRECTED BY THE ENGINEER

CHISEL CUT EDGE

1'-6"

3" MINIMUM (OR TO TOP OF BASE SMALLEST DIMENSION GOVERNS)

STRAIGHT, SAW-CUT EDGE
APPLY TACK COAT TO ALL SURFACES

SUBGRADE

VARIABLE  CONCRETE BASE, ASPHALT BASE OR STONE BASE

| | REVISION NO. | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|

CITY OF NEW YORK
DEPARTMENT OF TRANSPORTATION
BUREAU OF HIGHWAY OPERATIONS

TYPICAL PAVEMENT KEY

DATE: 3/10/80    H-1031    R 79

COMMISSIONER

DEPUTY COMMISSIONER

ASSISTANT COMMISSIONER

DIRECTOR-ENGINEERING MANAGEMENT

CHIEF ENGINEER

DRAWN BY: A. Occhialini    CHECKED BY:

020

(Webster) v. NYC    Christopher Fraser, Esq.    D/L:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Using Photogrammetry Analyze the Depth of Depression of NYC DEP Manhole | | | | | | | |
| Use Photograph No. 1 of Location Photos taken soon after the incident | | | | | | | |
| Location 7th Avenye and W. 30th Street - North Crosswalk Crossing 7th Avenue | | | | | | | |
| | | | | | | | |
| Use Campbel Foundry 17th Edition for measurements of MH Casting page 12. | | | | | | | |
| Use Light Manhole Frames and Covers, Straight Type Frame Type A Based on Location Photo #1: | | | | | | | |
| | | | | | | | |
| Design measurements in Inches | | | | | | | |
| Cover Seat height | X = | 1 | Inches | | | | |
| Frame height | E = | 3 | Inches | | | | |
| Cover diameter | C = | 24 | Inches | | | | |
| | | | | | | | |
| Photogrammetry measurements in Units of 40 Scale | | | | | | | |
| Cover Seat height | X = | | | | | | |
| Frame height | E = | 6 | Units | | | | |
| Cover diameter | C = | 102 | Units | | | | |
| Maximum Depth = | | 8 | Units | | | | |
| | | | | | | | |
| Maximum Depth = | | 4 | Inches Calculated using Photogrammetry | | | | |
| Minimum Depth = | | 3 | Inches Esitmated to bottom of casting | | | | |

| Calculation of Days Between Repair of Manhole on 7th Avenue and W. 30th Street | | | | | | |
|---|---|---|---|---|---|---|
| Description | Repair Date | Days Between Repair | Average Settlement Rate - inch/day | | | |
| Repair of MH Valve | 05/03/17 | | | | | |
| Gang pothole closed | 12/07/18 | 583 | 0.01 | Inches/Day | | |
| Gang pothole closed | 01/31/19 | 55 | 0.07 | Inches/Day | | |
| | | | | | | |
| Accident Date | 2/5/2019 | 5 | 0.80 | Inches/Day | 12 13/16 | 12/16th to 13/16 Inches per day |
| | | | | | | |
| Maximum Settlement - Inches | 4 | Inches | | | | |

022



Search Locations                                                                    Log in (log... ⚙

★ Recent Cities
Manhattan, NY (weather/us/ny/manhattan/40.74,-73.99)   Staten Island, NY (weather/us/ny/staten-island/40.63,-74.14)   Queens, NY (weather/us/ny/queens/40.77,-73.86)   Smithtown, NY (11787) (weather/us

**40.77** °N, **73.86** °W

# New York City, NY Weather History ★ 🏠

☀ **78° LAGUARDIA AIRPORT STATION (/WEATHER/KLGA?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

**HISTORY (/HISTORY/DAILY/US/NY/NEW-YORK-CITY/KLGA)**

- TODAY (/WEATHER/KLGA)
- HOURLY (/HOURLY/KLGA)
- 10-DAY (/FORECAST/KLGA)
- CALENDAR (/CALENDAR/US/NY/NEW-YORK-CITY/KLGA)
- HISTORY (/HISTORY/DAILY/US/NY/NEW-YORK-CITY/KLGA)
- WUNDERMAP (/WUNDERMAP?LAT=40.77&LON=-73.86)





Precipitation (in)

Wind Speed    Gust (mph)

# Summary

| Temperature (° F) | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|
| High Temp | 16 | 40 | 61 | |
| Low Temp | 4 | 27 | 2 | |
| Day Average Temp | 10.5 | 33 | - | |

| Precipitation (Inches) | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|
| Precipitation (past 24 hours from 05:51:00) | 0.00 | 0.10 | - | |

| Dew Point (° F) | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|
| Dew Point | -12.04 | - | - | |
| High | -9 | - | - | |
| Low | -17 | - | - | |
| Average | -12.04 | - | - | |

| Temperature (° F) | | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|---|

| Wind (MPH) | | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|---|
| Max Wind Speed | | 20 | - | - | |
| Visibility | | 10 | - | - | |

| Sea Level Pressure (Hg) | | Actual | Historic Avg. | Record | ▲ |
|---|---|---|---|---|---|
| Sea Level Pressure | | 30.41 | - | - | |

| Astronomy | | Day Length | Rise | Set | ▲ |
|---|---|---|---|---|---|
| Actual Time | | 10h 4m | 7:08 AM | 5:12 PM | |
| Civil Twilight | | | 6:39 AM | 5:41 PM | |
| Nautical Twilight | | | 6:06 AM | 6:14 PM | |
| Astronomical Twilight | | | 5:33 AM | 6:46 PM | |
| Moon: waning crescent | | | 4:55 AM | 2:42 PM | |

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Condition |
|---|---|---|---|---|---|---|---|---|---|
| 1:51 AM | 6 °F | -15 °F | 38 % | WNW | 17 mph | 28 mph | 30.24 in | 0.0 in | Fair |
| 2:51 AM | 5 °F | -17 °F | 36 % | W | 16 mph | 23 mph | 30.25 in | 0.0 in | Fair |
| 3:51 AM | 5 °F | -14 °F | 41 % | W | 18 mph | 30 mph | 30.27 in | 0.0 in | Fair |
| 4:51 AM | 5 °F | -14 °F | 41 % | WNW | 17 mph | 28 mph | 30.29 in | 0.0 in | Fair |
| 5:51 AM | 4 °F | -17 °F | 38 % | W | 17 mph | 28 mph | 30.32 in | 0.0 in | Fair |
| 6:51 AM | 4 °F | -14 °F | 43 % | W | 14 mph | 25 mph | 30.33 in | 0.0 in | Fair |
| 7:51 AM | 4 °F | -14 °F | 43 % | WNW | 13 mph | 0 mph | 30.36 in | 0.0 in | Fair |
| 8:51 AM | 4 °F | -13 °F | 46 % | W | 13 mph | 0 mph | 30.39 in | 0.0 in | Fair |

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Precip. | Condition |
|------|-------------|-----------|----------|------|------------|-----------|----------|---------|-----------|
| 9:51 AM | 5 °F | -14 °F | 41 % | W | 20 mph | 26 mph | 30.41 in | 0.0 in | Fair |
| 10:51 AM | 7 °F | -12 °F | 42 % | W | 15 mph | 26 mph | 30.41 in | 0.0 in | Fair |
| 11:51 AM | 9 °F | -11 °F | 40 % | W | 9 mph | 20 mph | 30.40 in | 0.0 in | Fair |
| 12:51 PM | 12 °F | -10 °F | 37 % | WNW | 12 mph | 0 mph | 30.38 in | 0.0 in | Fair |
| 1:51 PM | 13 °F | -11 °F | 34 % | WNW | 17 mph | 24 mph | 30.34 in | 0.0 in | Fair |
| 2:51 PM | 15 °F | -12 °F | 29 % | W | 9 mph | 21 mph | 30.33 in | 0.0 in | Fair |
| 3:51 PM | 16 °F | -11 °F | 30 % | W | 12 mph | 24 mph | 30.32 in | 0.0 in | Fair |
| 4:51 PM | 16 °F | -11 °F | 30 % | W | 14 mph | 0 mph | 30.32 in | 0.0 in | Fair |
| 5:51 PM | 16 °F | -10 °F | 31 % | W | 13 mph | 21 mph | 30.33 in | 0.0 in | Fair |
| 6:51 PM | 16 °F | -11 °F | 30 % | WSW | 18 mph | 0 mph | 30.35 in | 0.0 in | Fair |
| 7:51 PM | 15 °F | -9 °F | 34 % | WSW | 14 mph | 26 mph | 30.37 in | 0.0 in | Fair |
| 8:51 PM | 15 °F | -10 °F | 32 % | WSW | 17 mph | 29 mph | 30.39 in | 0.0 in | Fair |
| 9:51 PM | 15 °F | -10 °F | 32 % | W | 15 mph | 25 mph | 30.40 in | 0.0 in | Fair |
| 10:51 PM | 15 °F | -10 °F | 32 % | WSW | 15 mph | 0 mph | 30.40 in | 0.0 in | Fair |
| 11:51 PM | 15 °F | -9 °F | 34 % | W | 12 mph | 20 mph | 30.41 in | 0.0 in | Fair |
| 12:51 AM | 15 °F | -10 °F | 32 % | WSW | 12 mph | 0 mph | 30.41 in | 0.0 in | Fair |

Our Apps (/download)

About Us (/about/our-company)

Contact (/about/contact-us)

Careers (http://ibm.biz/BdH3av)

PWS Network (/pws/overview)

WunderMap (/wundermap)

Feedback & Support (https://www.wunderground.com/feedback)

Terms of Use (/company/legal)

026

Privacy Policy (/company/privacy-policy)

Ad Partners (/company/ad-partners)

Analytics Partners (/company/analytics-partners)

 (https://www.essentialaccessibility.com/the-weather-channel?
utm_source=theweatherchannelhomepage&utm_medium=iconlarge&utm_term=eachannelpage&utm_content=header&utm_campaign=theweatherchannel)

We recognize our responsibility to use data and technology for good. Take control of your data.

Privacy Settings (/privacy-settings) | Review My Advertising Settings (/privacy-settings#do-not-sell) | Data Rights (/data-rights)

## Powered by the IBM Cloud (https://www.ibm.com/cloud/)

© Copyright TWC Product and Technology LLC 2014, 2020

# City of New York
## Department of Parks and Recreation

**MANHOLE M1 & M3**



PATTERN NUMBER 1303

MANHOLE M2 & M4



PATTERN NUMBER 1461

DRINKING FOUNTAIN MANHOLE



PATTERN NUMBER 1351B

STANDARD RUNGS
MANHOLES AND CATCH BASINS



PATTERN NUMBER 2589 2274



PATTERN NUMBER 4126 0030

CAMPBELL FOUNDRY COMPANY   Tel: 201-483-5480  Fax: 201-483-1843    028

# Light Duty Manhole Frames and Covers

## SLAB TYPE FRAME



| PATTERN NUMBER | DIMENSIONS IN INCHES | | | | |
|---|---|---|---|---|---|
| | A | C | D | E | X |
| 1325 | 10 | 7 | **6** | 1 ⅞ | ¾ |
| 1326 | 16 | 13 | **12** | 1 ½ | ¾ |
| 1327 | 22 ½ | 19 | **18** | 2 | 1 |
| 1328 | 28 | 25 | **24** | 2 | 1 ⅛ |
| 1329 | 34 ½ | 31 | **30** | 2 | 1 |
| 1330 | 41 | 37 ½ | **36** | 2 | 1 |
| 1335 | 23 ½ | 19 ¾ | **18** | 3 ¼ | 1 ¼ |

## STRAIGHT TYPE FRAME



ROUND FLANGE        SQUARE FLANGE

TYPE A FRAME

TYPE B FRAME





| PATTERN NUMBER | | DIMENSIONS IN INCHES | | | | | FRAME TYPE |
|---|---|---|---|---|---|---|---|
| ROUND FLANGE | SQUARE FLANGE | B | C | D | E | X | |
| 1300A | 1313 A | 17 | 11 ¾ | **11** | 3 | 1 | A |
| 1301A | 1314 A | 23 ¼ | 18 | **17 ¼** | 3 | 1 | A |
| 1301B | 1314 B | 22 ½ | 18 | **17** | 4 | 1 | B |
| 1302A | 1315 A | 28 | 24 | **22 ½** | 3 | 1 | A |
| 1302B | 1315 B† | 32 | 24 | **22 ½** | 4 | 1 | B |
| 1303 | 1316 † | 34 | 24 | **22 ½** | 6 | 1 | B |
| 1304A | 1317 A | 36 ¾ | 30 | **28 ¾** | 3 | 1 | A |
| 1304B | 1317 B | 38 | 30 | **28** | 6 | 1 | B |
| 1305A | 1318 A | 42 ¾ | 36 | **34 ¾** | 3 | 1 ¼ | A |
| 1305B | 1318 B | 45 | 36 | **34 ½** | 8 | 1 ¼ | B |
| 1306 | 1319 | 48 ½ | 42 | **40 ½** | 3 | 1 ½ | A |
| 1309 | 1322 | 34 | 26 | **24** | 6 | 1 | B |

† 'B' dimension 36"

| PATTERN NUMBER | DIMENSIONS IN INCHES | | | | |
|---|---|---|---|---|---|
| | A | C | D | E | X |
| 1338 | 10 | 7 | **6** | 1 ½ | ¾ |
| 1339 | 16 | 13 | **12** | 1 ½ | ¾ |
| 1340 | 24 | 19 ¼ | **18** | 1 ¾ | 1 |
| 1341 | 30 | 25 ¼ | **24** | 1 ¾ | 1 |
| 1342 | 36 | 31 ⅞ | **30** | 2 | 1 |

20190434-15-09

WEBSTER, GREGORY

NYC0343  030

## MANHATTAN STREET MAINTENANCE POTHOLE SHEET

**CREW SUPERVISOR** M. Bestacono  **CREW TYPE** PottHoLes

**DATE** 1/31/19

| MEMBERS NAME | SIGNATURE | TITLE | START DATE | START TIME | END DATE | END TIME | LUNCH | TASK | O/T |
|---|---|---|---|---|---|---|---|---|---|
| Bestacono | M. Byte | SHR | 1-31 | 18:30 | 2-1 | 3:30 | Y | SuP | -05 |
| Tota | Ca | HR | 1-31 | 19:00 | 2-1 | 3:30 | Y | DR | — |
| Torres | Tams | HR | 1-31 | 19:00 | 2-1 | 3:30 | Y | BKO | — |
| GRAY | Gray | HR | 1-31 | 19:00 | 2-1 | 3:30 | Y | SDV | — |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| VEHICLE CHECK | PRE CHECK | DEFECT |
|---|---|---|
| CAB / ODOMETER | ✓ |  |
| EXTERIOR/ VISUAL | ✓ |  |
| TIRES | ✓ |  |
| STEERING | ✓ |  |
| BRAKE SYSTEM | ✓ |  |
| ELECT. SYSTEM | ✓ |  |
| FUEL / GALLONS | ✓ |  |
| TIME |  |  |

| EQUIPMENT USED | ID NUMBER | DOWN TIME |
|---|---|---|
| D - TRUCK | 8617 |  |
| HOTBOX | 65HT |  |
| COMPRESSOR |  |  |
| BACK-UP TRUCK | None |  |

| CREW MATERIAL | |
|---|---|
| PLANT: | TONNAGE |
| HAMILTON PLANT |  |
| HARPER ST. YARD |  |
| TOTAL TONNAGE | 2:00 |

COLD PATCH   2.00 Tons

| A/C USED | |
|---|---|
| GALLONS | |
|  | 0 |
| TOTAL A/C USED | 0 |

**BEGINNING OF DAY**

| YARD / | Pier 36 |
|---|---|
| COFFEE LOCATION / | 3 Ave & 45st |
| ARRIVAL TIME / | 20:15 |
| LUNCH LOCATION / | VARICK & CANAL st |
| ARRIVAL TIME / | 25:00 |

DEPARTURE TIME 19:27  MILEAGE 38336

DEPARTURE TIME 20:25  MILEAGE 38343

DEPARTURE TIME 23:30  MILEAGE 38346

**END OF DAY**
YARD  Pier 36

ARRIVAL TIME  2:03

correct and that the work was performed exclusively for the City of New York

**SUPERVISOR SIGNATURE** M Bderty

**AREA LEVEL SIGNATURE**

M.L.
O.K.

2019043415-09

WEBSTER, GREGORY

**SUPERVISOR NAME:** Mike Restacano     **MANHATTAN STREET MAINTENANCE**     **DATE:** 1/31/19

| NOTES | DEFECT NUMBERS | LOCATION | DEFECT TYPE | ARRIVAL TIME | DEPARTURE TIME | ACTION ID | A | B | C | SQUARE YARDS |
|---|---|---|---|---|---|---|---|---|---|---|
| | DM2019031016 | E. 34st B/t Lexington to Park Ave | Pot | 19:46 | 20:02 | XCL | | 1 | 1 | |
| | DM2019031024 | 45st B/t 3 Ave & Lex | Pot | 20:31 | 20:48 | XCL | | 1 | 2 | |
| | DM2019031025 | 7 Ave & 30st | Pot | 21:12 | 21:30 | XCL | | | 1 | |
| | DM2019031026 | 7 Ave B/t 24st & 25st | Pot | 21:37 | 21:55 | XCL | | 3 | | |
| | DM2019031009 | Kings to Varick St | Pot | 22:21 | 22:37 | XCL | | | 1 | |
| | DM2019031027 | Varick st B/t Beach st & Laight st | Pot | 23:35 | 00:05 | XCL | | 2 | 1 | |
| | DM2019031028 | Grand st & E. Broadway | Pot | 00:45 | 00:53 | XCL | | 1 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| DMS COMPLETED- 2 | SIEBELS COMPLETED - | TOTAL HOLES AND SQUARE YARDS | 8 | 6 |
|---|---|---|---|---|

COMMENTS - Bathroom stops Along Pothole Route
Extreme Cold Conditions

| | Cold Patch 2.00 Tons | TOTAL NUMBER OF HOLES AND SQUARE YARDS | 14 |

**ACTION I/D -** **(TOC)** TOP OFF COMPLETED  **(TON)** TOP OFF NOT COMPLETED

**(MST)** MADE SAFE TEMPORARILY  **(RTB)** REFERRED TO BRIDGES  **(NAC)** NOT ACCESSIBLE  **(DNF)** DEFECT NOT FOUND  **(DPL)** DUPLICATE  **(EXC)** EXCAVATION COMPLETE
**(BAR)** BARRICADED  **(XCL)** CLOSED DEFECT  **(BFC)** BACKFILL COMPLETED  **(BFN)** BACK FILL NOT COMPLETE  **(EXN)** EXCAVATION NOT COMPLETE  **(FRE)** FOUND RESTORED

NYC0344  031

MANHATTAN STREET MAINTENANCE POTHOLE SHEET

CREW SUPERVISOR  M. Bell          CREW TYPE  Pothole          DATE  12/2/18

| MEMBERS NAME | SIGNATURE | TITLE | START DATE | START TIME | END DATE | END TIME | LUNCH | TASK | O/T |
|---|---|---|---|---|---|---|---|---|---|
| M. Bell | M Vbell | SMM | 12-7-18 | 19:30 | 12-8-18 | 4:30 | 4:05 | Sup | 1/2 |
| A. Haughton | HWs | A1M | | 20:00 | | | | Dr√ | |
| B. Vicens | | A1M | | | | | | shv | |
| R. Jeanty | BSu 9 | ACM8 | | | | | | rkr | |
| A. Spano | | A2M | √ | √ | √ | √ | √ | Bck | √ |
| | | | | | | | | | |
| | | | | | | | | | |

| VEHICLE CHECK | PRE CHECK | DEFECT |
|---|---|---|
| CAB / ODOMETER | ✓ | |
| EXTERIOR/ VISUAL | | |
| TIRES | | |
| STEERING | ✓ | |
| BRAKE SYSTEM | | |
| ELECT. SYSTEM | ✓ | |
| FUEL / GALLONS | | |
| TIME | | |

| EQUIPMENT USED | ID NUMBER | DOWN TIME |
|---|---|---|
| D - TRUCK | 70 | |
| HOTBOX | 364+ | |
| COMPRESSOR | | |
| BACK-UP TRUCK | | |

| CREW MATERIAL | |
|---|---|
| PLANT: | TONNAGE |
| HAMILTON PLANT | 3.01 |
| HARPER ST. YARD | |
| TOTAL TONNAGE | 3.01 |

| A/C USED | |
|---|---|
| GALLONS | |
| 0 | |
| TOTAL A/C USED | 0 |

BEGINNING OF DAY  Pier 3'

YARD /  Pier 36          DEPARTURE TIME  20:25  MILEAGE  44659

COFFEE LOCATION /  E 42 st Malis Ave
ARRIVAL TIME /  22:20          DEPARTURE TIME  22:30  MILEAGE

LUNCH LOCATION /  10 Ave W 235t
ARRIVAL TIME /  00:10          DEPARTURE TIME  00:40  MILEAGE

END OF DAY
YARD  Pier 36

ARRIVAL TIME

M Fry SAFETY ok

...orrect and that the work was performed exclusively for the City of New York

SUPERVISOR SIGNATURE  M Vbell          AREA LEVEL SIGNATURE

**MANHATTAN STREET MAINTENANCE**

SUPERVISOR NAME: M. Bell

DATE: 12-7-18

| NOTES | DEFECT NUMBERS | LOCATION | DEFECT TYPE | ARRIVAL TIME | DEPARTURE TIME | ACTION I/D | POTHOLES A | B | C | SQUARE YARDS |
|---|---|---|---|---|---|---|---|---|---|---|
| | DM2018341010 | 1 Ave E58 E59st | PH | 21:50 | 22:03 | XCL | 3 | | | |
| | DM2018341011 | 7 Ave W30st | PH | 22:50 | 23:00 | XCL | 2 | 2 | | |
| | DM2018340008 | 10 Ave W28 W29st | PH | 23:22 | 00:00 | XCL | 6 | 3 | | |
| | DM2018340010 | 426 Greenwich st Laight st hon | PH | 00:55 | 1:00 | DNF | | | | |
| | DM2018341006 | 25 Willett Broome Delancey | PH | 1:20 | 1:25 | DNF | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| DMS COMPLETED - 5 | SIEBELS COMPLETED - | TOTAL HOLES AND SQUARE YARDS | 11 | 5 | | |
|---|---|---|---|---|---|---|
| COMMENTS - Hotbox 37HT malfunctioned temp dropped to 125 degrees | | | | | | |
| & would not reach temp. Load had to be dumped due to the | TOTAL NUMBER OF HOLES AND SQUARE YARDS | 16 | | | | |
| cold asphalt. Heavy traffic on Route. | ACTION I/D -    (TOC) TOP OFF COMPLETED ● (TON) TOP OFF NOT COMPLETED | | | | | |

(MST) MADE SAFE TEMPORARILY  (RTB) REFERRED TO BRIDGES  (NAC) NOT ACCESSIBLE  (DNF) DEFECT NOT FOUND  (DPL) DUPLICATE  (EXC) EXCAVATION COMPLETE
(BAR) BARRICADED  (XCL) CLOSED DEFECT  (BFC) BACKFILL COMPLETED  (BFN) BACK FILL NOT COMPLETE  (EXN) EXCAVATION NOT COMPLETE  (FRE) FOUND RESTORED

NYC0341_033

```
BOROUGH OF MANHATTAN              MOSAICS                        03/27/2020
MOSM322B              DEFECT DETAILS FOR DEFECT NO.: DM2018341011


DEFECT TYPE   : POT - POTHOLE                      MAINT SECTOR : 8
DEFECT STATUS : CLS - CLOSED WORK ORDER              REPAIR STATUS: XCL
LOCATION : BOROUGH CODE : M                        COMMUNITY DISTRICT: 5
          HOUSE NUMBER :              ON :    7 AVENUE
FROM : WEST   30 STREET                 TO :
DESCRIPTION OF CORNER
PRIORITY :    DEFECT URL: _
REPORTED DATE  : 12/07/2018            REPORTED TIME : 18:49
CALLER:   NAME: KIM SALVO
ADDRESS: STREET: 247  WEST 40 ST
CITY: NEW YORK CITY                    STATE : NY     ZIP:
E-MAIL:
SOURCE        : CTZ - CITIZEN
HANSEN TICKET NUM :           DEFECT COMPLAINT DETAILS : _
LENGTH :     WIDTH :
  ----CORNER----    -------DISTANCE--------   LANE
  F/T:   L/R:    STREET:     CURB:      INT
                                    ORIGINAL DEFECT NUM:
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
          QUIT  MAIN              HST   PREV NEXT  ESC
```

```
MOSM75ML              HISTORY OF DEFECT NO  : DM2018341011        03/27/2020
BOROUGH OF MANHATTAN           DEFECT TYPE: POT

                                                                        INIT
DATE        TIME  GENERATED FROM      ACTION-ID                CAR.NO    BY
----------  ----- ------------------  --------------------     ------------ ---
12/07/2018 18:49 SYSTEM               REFERRED TO MAINTENANCE            CSC
                                      CREATED ONLINE FROM 311

12/07/2018 22:50 FITS                 CLOSE DEFECT
BELL/POT/12-07-2018/SHIFT:N/GRP:3


                                                                  ....END
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
          QUIT  MAIN                        PREV  NEXT  ESC
```

NYC0335  035

BOROUGH OF MANHATTAN                  MOSAICS                          03/27/2020
MOSM322B              DEFECT DETAILS FOR DEFECT NO.: DM2018341012


DEFECT TYPE   : POT - POTHOLE                    MAINT SECTOR : 8
DEFECT STATUS : DUP - DUPLICATE WORK ORDER         REPAIR STATUS: DPL
LOCATION : BOROUGH CODE : M                      COMMUNITY DISTRICT: 5
           HOUSE NUMBER :              ON :    7 AVENUE
FROM : WEST   30 STREET                 TO :
DESCRIPTION OF CORNER  MIDDLE OF 7TH AVE AND 30TH STREET
PRIORITY :   DEFECT URL: _
REPORTED DATE  : 12/07/2018          REPORTED TIME : 19:27
CALLER:   NAME:
ADDRESS: STREET:
CITY:                                STATE :        ZIP:
E-MAIL:
SOURCE       : CTZ - CITIZEN
HANSEN TICKET NUM :           DEFECT COMPLAINT DETAILS : _
LENGTH :     WIDTH :
  ----CORNER----    -------DISTANCE--------    LANE
  F/T:   L/R:    STREET:      CURB:        INT
                                 ORIGINAL DEFECT NUM: DM2018341011
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
           QUIT  MAIN              HST  PREV  NEXT  ESC

```
MOSM75ML                 HISTORY OF DEFECT NO  : DM2018341012        03/27/2020
BOROUGH OF MANHATTAN             DEFECT TYPE: POT

                                                                        INIT
DATE       TIME  GENERATED FROM     ACTION-ID                    CAR.NO  BY
---------- ----- ------------------  ---------------------       ------------ ---
12/07/2018 19:27 SYSTEM             DUPLICATE DEFECT                       CSC
                                    CREATED ONLINE FROM 311
```

```
                                                                  ....END
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
           QUIT  MAIN                        PREV  NEXT  ESC
```

2019043415-07                    WEBSTER, GREGORY

```
BOROUGH OF MANHATTAN              MOSAICS                        03/27/2020
MOSM322B             DEFECT DETAILS FOR DEFECT NO.: DM2019031025


 DEFECT TYPE   : POT - POTHOLE                      MAINT SECTOR : 8
 DEFECT STATUS : CLS - CLOSED WORK ORDER            REPAIR STATUS: XCL
 LOCATION : BOROUGH CODE : M                    COMMUNITY DISTRICT: 5
           HOUSE NUMBER :              ON :   7 AVENUE
 FROM : WEST   30 STREET               TO :
 DESCRIPTION OF CORNER
 PRIORITY :    DEFECT URL:  _
 REPORTED DATE  : 01/29/2019           REPORTED TIME : 22:41
 CALLER:   NAME:
 ADDRESS: STREET:
 CITY:                                 STATE :       ZIP:
 E-MAIL:
 SOURCE       : YRD - YARD
 HANSEN TICKET NUM :           DEFECT COMPLAINT DETAILS : _
 LENGTH :    WIDTH :
   ----CORNER----   -------DISTANCE--------   LANE
   F/T:   L/R:   STREET:      CURB:
                                    ORIGINAL DEFECT NUM:
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
            QUIT  MAIN            HST   PREV  NEXT  ESC
```

```
MOSM75ML                 HISTORY OF DEFECT NO  : DM2019031025      03/27/2020
BOROUGH OF MANHATTAN                  DEFECT TYPE: POT

                                                                         INIT
DATE       TIME  GENERATED FROM      ACTION-ID                CAR.NO    BY
---------- ----- ----------------    ----------------------   ------------ ---
01/29/2019 10:00 SYSTEM              REFERRED TO MAINTENANCE                YRD


01/31/2019 21:12 FITS                CLOSE DEFECT
RESTAGNO/POT/01-31-2019/SHIFT:N/GRP '
```

```
                                                               ....END
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
          QUIT  MAIN                    PREV  NEXT  ESC
```


**WO# 843620315**     **Completed Water Valve Work Order**

Report Date: Tuesday, March 10, 2020                                     Page 1 of 2

---

| **Work Order#** | **843620315** | **Activity: WVON** | **REPLACE VALVE OPERATING NUT** | |
|---|---|---|---|---|

Address:          W 30 ST                              Pct: 014          Zip: 10001

Cross Street:     7 AVE

Compass Direction:                            **Borough: MANHATTAN**

Building ID:      0                 Block:         Lot:          CMBD: 105

---

Water Valve ID:   V103330

---

Qualifier:                                              Map# H27

Area:             1                 Sub-Area: 105 MANHATTAN COMMUNITY BOARD 5

Location :                          District: 843620315

---

Initiated By:     2333      DELLECAVE, ERIC      Initiated: 05-03-2017 07:36 AM   **Scheduled: N/A**

Assigned To:                                     **Service# N/A**          Due: N/A

---

Authorization:

Crew:             W3         WATER - 3 LABORERS

Maint Type:

Priority:

Problem:                                                **Permit#**

Project:                                                Completed: 05-03-2017 10:00 PM

Source:                                                 Out of Service: N

Result:           WRM        MANHATTAN REPAIRS           Potential Service Request: N

WO Responsibility: WRM        MANHATTAN REPAIRS

---

WO Comments:      N0RTH OF NORTH CURB LNE ON W 30 ST E/O/W CURB LNE OF 7TH AVE12" M/L/G OP NUT NEEDS TO BE CHANGED. M/L/G IS DEEP AND WATER MAINTENANCE UNABLE TO CHANGE. OPERATING NUT CURRENTLY IN DOWN POSITION

---

### Work Order Log History

| Log Type | Log Started | Log Ended | Log By | Comments |
|---|---|---|---|---|
| INITIAL | 05-03-2017 | 05-03-2017 | 12074- POPOVIC, ADMIR | SWUPERVISOR, POPVIC, CREW, MERCADO, BERILLIO, AND AGIULAR, SET UP SAFETY ZONE, EXCAVATED ARUND M/L/G, REMOVED O-NUT, PUT NEW 0-NUT ON VALVE, OPENED 12" GATE, ALSO PACKED 12" GATE DUE TO PACKING LEAK, RESET M/L/G TO GRADE, B/F, B/T TAMPERED TO GRADE..   Input By:  CATHERINE N BROWN on  5/8/2017 1:02:42 PM |

There are no user logs for this work order

---

Activity Safety Messages:      There are no Safety Messages for this asset's Activity Code

Asset Safety Messages:      There are no Safety Messages for this asset            NYC0330  040