UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORY WEBSTER and LISA WEBSTER,

                        Plaintiffs,

      -against-                                       19 **CIVIL** 5638 (KPF)

## JUDGMENT

CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 1, 2021

                                                 **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                         **BY:**     *K. Mango*

                                                    **Deputy Clerk**